■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE MACK, Also Known as RONNIE MASK, Appellant. [599 NYS2d 1025] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered January 29, 1987, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 1½ to 4½ years, unanimously reversed, on the law, the sentence vacated, and the matter remanded for resentencing.

The defendant contends, the People concede, and we agree that where, as here, a court placed a defendant on interim supervision prior to sentencing, the sentence must be vacated and the matter remanded for resentencing (*People v Rodney E.,* 77 NY2d 672). Concur—Rosenberger, J. P., Wallach, Ross, Kassal and Nardelli, JJ.